*Wednesday, March 24, 1993*
## MERIT DOCKET

**92–1998.** State v. White. *Athens County*, No. 92CA1528. On motion to adopt and incorporate notice of appeal, and motion to strike. Motion to strike granted.

DOUGLAS, WRIGHT, RESNICK and F.E. SWEENEY, JJ., concur.

*Sua sponte,* cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS and PFEIFER, JJ., concur.

**93–139.** State v. McMeans. *Franklin County*, No. 89AP–1037. On motion for jurisdictional consideration under S.Ct.Prac.R. II. Motion denied and cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK and F.E. SWEENEY, JJ., concur.

PFEIFER, J., dissents.

**93–170.** State ex rel. Greer v. Court of Appeals, First App.Dist. In Mandamus. On motion for summary judgment. Motion treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**93–261.** Guess v. Judges & Clerks of Hocking Cty. Court of Common Pleas. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**93–262.** Guess v. Judges & Clerks of Hocking Cty. Juv. Court. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.